ORIGINAL    1139-15

IN THE COURT OF CRIMINAL APPEALS OF AUSTIN TEXAS.

| BOBBY WILLIAMS APPELLANT | COURT OF APPEALS NUMBER, 02 RECEIVED IN COURT OF CRIMINAL APPEALS |
|---|---|
| VS | |
| THE STATE OF TEXAS APPELLEE | NOV 24 2015<br><br>Abel Acosta, Clerk |

ON PETITION FOR DISCRETIONARY REVIEW FROM THE DECISION OF THE COURT OF APPEALS FOR THE SECOND DISTRICT OF TEXAS, AT FORT WORTH, TEXAS IN CAUSE NUMBER, 1399788D , HON, WAYNE FRANCIS SALVANT , AFFIRMING APPELLANTS' CONVICTION AND SENTENCE IN THIS MATTER, PRESIDING FROM THE CRIMINAL DISTRICT COURT NUMBER 2 OF TARRANT COUNTY, TEXAS.

APPELLANTS PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

Bobby Williams #0861310
TARRANT COUNTY JAIL
100 NORTH LAMAR ST
FORT WORTH, TEXAS, 76196

TRIAL ATTORNEY -
RICHARD SCOTT WALKER
APPELLANT, PRO-SE    222 W. EXCHANGE AVE
FORT WORTH, TX, 76164

# TABLE OF CONTENTS

INDEX

TABLE OF AUTHORITIES ............................................ 1

STATEMENT REGARDING ORAL ARGUMENT ............... 2

STATEMENT OF THE CASE ........................................ 3

STATEMENT OF PROCEDURAL HISTORY ................. 4

GROUNDS FOR REVIEW ........................................... 5

REASON FOR REVIEW ............................................... 6

PRAYER FOR RELIEF ................................................. 7

CERTIFICATE OF COMPLIANCE ............................... 8

CERTIFICATE OF SERVICE ........................................ 9

APPENDIX's ............................................................... 10

3.

## INDEX OF AUTHORITIES

1. ARTICLE 571.003 OF TEXAS HEALTH AND SAFETY CODE AND ANN 614.017

2. DEFREECE V. STATE, 848 S.W.2d 150, 159 (TEX. CRIM. APP.

3. HEREFORD VS STATE, 339, S.W.3d. 11 1, 129 (TEX. CRIM APP 2011.

4. JACKSON, 857 S.W.2d, 678 TEX. APP-HOUSTON 14th. DIST.

5. MITCHELL, 762 S.W.2d, 916 TEX. APP-SAN ANTONIO

6. NUNEZ, 942 S.W.2d 57 TEX-APP-CORPUS CHRISTI

7. UNITED STATES VS. WESTON, 255 F3d 873 C.D.C.

8. STRICKLAND VS. WASHINGTON, 466 U.S. 668, 104 S. CT. 2052, 80 L. Ed 2d 674

9. THE AMERICAN DISABILITY ACT

10. WOODS, 59 S.W.3d 833 TEX-APP-TEXARKANA

## STATEMENT REGARDING ORAL ARGUMENT

APPLICANT REQUEST THAT THE COURT OF CRIMINAL APPEALS WAIVE HIS ORAL ARGUMENT, APPLICANT STRONGLY FEELS THAT THE RECORDS SPEAK FOR THEMSELEVES, APPLICANT'S MEDICAL STATUS "MENTALLY ILL" CLEARLY DEMONSTRATE THE COURT LACK OF PRESENTING MITIGATING CIRCUMSTANCE CONSIDERATION, DUE TO COURT APPOINTED ATTORNEYS FAILURE TO GATHER THE NESSCARY EVIDENCE MEDICAL HISTORY.

## STATEMENT OF CASE

THE ENTIRE NATURE OF THE CASE CONTENDS THAT THE APPLICANT FAILED TO REGISTER AS A SEX OFFENDER. THE APPLICANT DOES NOT DISPUTE THESE ALEGATIONS, ONLY THAT HE WAS NOT IN HIS RIGHT STATE OF MIND AT THE TIME OF THE OFFENSE DUE TO HIS LENGTHLY HISTORY OF MENTAL ILLNESS.

## STATEMENT OF PROCEDURAL HISTORY

THE COURT OF APPEALS ISSUED IT'S OPINON ON THE 20th, DAY OF AUGUST, 2015. APPELLANTS PETITION FOR DISCRETIONARY REVIEW IS TIMELY FILED ON OR BEFORE, NOVEMBER, 20th, 2015

## GROUNDS FOR REVIEW

A) INEFFECTIVE ASSISTANCE OF COUNSEL, COURT APPOINTED ATTORNEY FAILURE TO PRESENT MITIGATING CIRCUMSTANCES OF APPELLANTS MENTAL ILLNESS.

B) MITIGATING CIRCUMSTANCES / EXCEPTIONAL CIRCUMSTANCES COULD HAVE HAD A MAJOR IMPACT ON THE SENTENCING PHASE ALLOWING THE APPLICANT TO RECEIVE COMPASSION FROM THE COURT.

## ARGUMENT

THE APPELLANT SHOULD HAVE BEEN GRANTED AN OPPORTUNITY TO PRESENT HIS MENTAL HEALTH HISTORY, THE COURT ERRORED IN NOT TAKING IT INTO CONSIDERATION AT TIME OF SENTENCING. THERE WERE OTHER OPTIONS THAT SHOULD HAVE BEEN CONSIDERED. APPELLANT SPENT APPROXIMATELY (6) MONTHS IN THE STATE MENTAL HOSPITAL DURING THIS CASE, YET THE COURT APPOINTED ATTORNEY WOULD NOT OR FAILED TO PRESENT ANY EVIDENCE AT THE TIME OF THE SENTENCING FACT TO BE CONSIDERED VALID ARGUMENT FOR THE POSSIBILITY OF A MENTAL HEALTH PROGRAM ALTERNATIVE TO PRISON.

## ARGUMENT CONTINUED

THE REASONS FOR GRANTING REVIEW ARE CLEAR, (66.3) THERE IS A CLEAR VIOLATION OF STATE AND FEDERAL LAWS THAT HAVE BEEN EVIDENT FROM THE VERY BEGINNING. THIS IS A SEVERE MENTALLY ILL APPLICANT, WITHOUT THE ABILITY TO REASON AND MAKE RATIONATIONAL DECISIONS.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, APPLICANT PRAYS THAT THIS COURT REVERSE THE COURT OF APPEALS AND REMAND THE CASE FOR FURTHER PROCEEDINGS TO THE TRIAL COURT FOR A SENTENCING HEARING IN WHICH MITIGATING ISSUES WILL BE CONSIDERED FOR THE POSSIBILITY OF LIENCY AND OR COMPASSION.

_Bobby Williams_
APPLICANT PRO-SE

## CERTIFICATE OF COMPLIANCE

PURSUANT TO RULE 9.4 (I) OF THE TEXAS RULE OF APPELLATE PROCEDURE, THE TOTAL NUMBER OF PAGES WHEN HAND WRITTEN ON THE PETITION FOR DISCRETIONARY REVIEW AND WITH A CERTIFICATE OF SERVICE FOLLOWED BELOW.

## CERTIFICATE OF SERVICE

I, BOBBY WILLIAMS, APPLICANT, PRO-SE CERTIFY THAT ON THE 15TH DAY OF NOVEMBER, 2015, A TRUE COPY OF THE FOREGOING WAS SERVED ON THE FOLLOWING:

THE COURT OF CRIMINAL APPEALS OF TEXAS
POST OFFICE BOX 12308    (CT CLERK)
CAPITOL STATION
AUSTIN, TEXAS, 78711    (11 COPIES)

COURT OF APPEALS    (CT CLERK)
SECOND DISTRICT OF TEXAS
401 WEST BELKNAP (SUITE 9000)
FORT WORTH, TEXAS 76196

8.

## CERTIFICATE OF SERVICE CONT

DISTRICT ATTORNEYS OFFICE
C/O CHARLES M. MALLIN (APPEALLANT SEC)
401 WEST BELKNAP
FORT WORTH, TEXAS, 76196

DISTRICT COURT CLERK
C/O TOM WILDER
401 WEST BELKNAP
FORT WORTH, TEXAS, 76196

NOVEMBER - 15TH - 2015
TODAYS DATE

Bobby Williams
RESPECTFULLY SUBMITTED

NOVEMBER - 20th - 2015
DUE DATE

# APPENDIX

JUDGMENT/OPINION OF COURT
OF APPEALS/ SECOND DISTRICT OF
TEXAS.

PLEASE SEE ATTACHED JUDGMENT

10.



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00232-CR

| | | |
|---|---|---|
| Bobby Williams | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1399744D) |
| v. | § | August 20, 2015 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM

Bobby Williams, hereby certify that a true and correct copy of the above motion was served on Attorney for the State Sharon Wilson by mailing via first class mail to SHARON WILSON, DISTRICT ATTORNEY, 401 W. BELKNAP ST., FORT WORTH, TX 76196 on this 15th day of NOVEMBER, 20 15

_Bobby Williams_

[Defendant's Name], Defendant Pro Se

CID 086131D   DOB 9/21/1962

100 N. Lamar St.

Fort Worth, TX 76102-1954

12

## Verification of Unsworn Declaration

I Bobby Williams , Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner 086131D currently incarcerated in the Tarrant County Jail in Tarrant County, Texas I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing PETITION FOR DISCRETIONARY REVIEW and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this 15th day of NOVEMBER 20 15

_Bobby Williams_
(Signature) Defendant pro se

BOBBY WILLIAMS
(Print Name)

CID 086131D DOB 9/21/1962

100 NORTH LAMAR STREET
Address:
FORT WORTH, TEXAS, 76196

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00232-CR

BOBBY WILLIAMS                                                          APPELLANT

V.

THE STATE OF TEXAS                                                           STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 1399744D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Bobby Williams pled guilty to failing to comply with sexual offender registration requirements, a third-degree felony,[2] and true to the enhancement allegations and judicially confessed in exchange for two years' confinement. The trial court followed the plea bargain, convicted Appellant of the

---

[1]See Tex. R. App. P. 47.4.

[2]See Tex. Code Crim. Proc. Ann. art. 62.102(a)–(b)(2) (West Supp. 2014).

offense, and sentenced him to two years' confinement. The trial court's certification states that the case was plea-bargained and that Appellant has no right of appeal. Accordingly, we informed Appellant by letter that this appeal would be dismissed absent a response showing grounds for continuing it.[3] Appellant filed a motion to represent himself and a motion for an extension of time to file a brief on the merits, but nothing he filed provides a ground that would allow his appeal. We therefore dismiss this appeal, and we dismiss Appellant's pending motions as moot.[4]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 20, 2015

---

[3]*See* Tex. R. App. P. 25.2(a)(2), (d).

[4]*See* Tex. R. App. P. 25.2(d), 43.2(f).

2

Mr. Bobby Williams #0866310
800 NORTH LAMAR STREET
FT WORTH, TEXAS, 76196

LEGAL MAIL

CRIMINAL COURT OF APPEALS OF TEXAS
C/O COURT CLERK
POST OFFICE BOX 12308
CAPITOL STATION
AUSTIN, TEXAS, 78711